| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>99 CENTS ONLY STORES LLC, as an entity, and doing business as 99 CENTS STORE #151, and DOES 1–50, inclusive,<br><br>　　　　　　Defendants. | No. 1:17-cv-01755-LJO-SKO<br><br><br>ORDER GRANTING PARTIES' FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br><br>(Doc. 6) |

　　　　The Court is in receipt of the parties' "Further Stipulation Extending Time for Defendant 99 Cents Only Stores LLC to Respond to Initial Complaint." (Doc. 6.) Pursuant to parties' initial "Stipulation Extending Time for Defendant 99 Cents Only Stores LLC to Respond to Initial Complaint" (Doc. 5), Defendant 99 Cents Only Stores LLC's responsive pleading was due March 15, 2018, the same day on which Defendant filed the present request for extension.

　　　　Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date.

| | |
|---|---|
| 1 | However, given the parties' representations that they are "currently engaged in settlement |
| 2 | discussions which they believe will likely culminate in resolution of this matter" (*see* Doc. 6 at 2), |
| 3 | and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an |
| 4 | extension. |

Accordingly, IT IS HEREBY ORDERED that Defendant 99 Cents Only Stores LLC is granted an extension of time, up to and including April 13, 2018, to file its responsive pleading.

IT IS SO ORDERED.

Dated:     **March 22, 2018**                         /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE