UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES LLC, et al.,<br><br>Defendants. | No. 1:17-cv-01755-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

On May 2, 2018, Plaintiff filed a Notice of Dismissal with Prejudice, in which Plaintiff notifies the Court of the dismissal of this action with prejudice. (Doc. 12.) Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 3, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE